DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DALE CULVER,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D17-3947

[April 11, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 50-2015-CA-003855-XXXX-MB.

Kendrick Almaguer and Samuel Aaron Korab of The Ticktin Law Group, PLLC, Deerfield Beach, for appellant.

Sara F. Holladay-Tobias, Emily Y. Rottmann and C. H. Houston III of McGuirewoods LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and LEVINE, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***